UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KENNETH ANTWAN ARTIS,

    Plaintiff,

                                                             Case No. 1:25-cv-623

v.

                                                             HONORABLE PAUL L. MALONEY

MICHAEL J. SEPTER, et al.,

    Defendants.

_____/

## **JUDGMENT**

In accordance with the Order entered this date:

**IT IS HEREBY ORDERED** that that Judgment is entered.

Dated:  July 24, 2025                                       /s/ Paul L. Maloney
                                                                     Paul L. Maloney
                                                                     United States District Judge